IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br><br>vs.<br><br><br>JOSE ANTONIO DE LEON-PACHE<br>Defendant | CRIMINAL NO.: 25-148(MAJ) |

**INFORMATIVE MOTION REGARDING BAIL**

The undersigned has met with Mr. De León-Pache and discussed with him, among other matters, his right to a bail hearing and the provisions governing release on bond. After discussing his right to bail with counsel Mr. De León advised that he would not be requesting bail at this time.

**WHEREFORE**, it is respectfully requested that the court take notice of Mr. De León-Pache's position regarding release on bail.

**I CERTIFY** that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties of record.

In San Juan, Puerto Rico, March 31, 2025.

RACHEL BRILL
**FEDERAL PUBLIC DEFENDER**

S/VICTOR P. MIRANDA-CORRADA
Assistant Federal Public Defender
USDC - PR 201205
241 F. D. Roosevelt Avenue
San Juan, PR  00918-2305
Tel.  (787) 281-4922
VICTOR_MIRANDA@fd.org